UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 1 1 2017 ★

BROOKLYN OFFICE
```

---

LARENA NORTON, *on behalf of herself and others similarly situated*,

                Plaintiff,

-against-

LUCILLE ROBERTS HEALTH CLUBS, INC

                Defendant.

1:17-cv-0796

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

For the Defendant:

By: _____
John G. Papianou, Esq.
Montgomery McCracken
Walker & Rhoads LLP
123 South Broad Street
Philadelphia, PA 19109
Tel: (215) 772-7389
Fax: (215) 731-3681
Email: JPapianou@mmwr.com

Date: 6/9/17

SO ORDERED

_____
U.S.D.J. I. Leo Glasser

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Tel.: (212) 465-1188
Fax: (212) 465-1181
Email: cklee@leelitigation.com

Date: 6·9·17

7/10/17
_____
Dated